BRYAN SCHRODER
United States Attorney

DANIEL DOTY
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
101 12th Avenue, Room 310
Fairbanks, Alaska 99501
Phone: (907) 456-0245
Fax: (907) 456-0577
Email: daniel.doty@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | ) No. 4:20-cr-00015-RRB-SAO |
|---|---|
| Plaintiff, | ) |
| | ) COUNT 1: |
| | ) PROHIBITED PERSON IN |
| vs. | ) POSSESSION OF A FIREARM |
| | )   Vio. of 18 U.S.C. §§ 922(g)(9) and |
| THOMAS J. AKPIK, | ) 924(a)(2) |
| | ) |
| Defendant. | ) CRIMINAL FORFEITURE |
| | ) ALLEGATION: |
| | )   Vio. of 18 U.S.C. § 924(d), 28 U.S.C. |
| | ) § 2461(c) |
| | ) |

I N D I C T M E N T

The Grand Jury charges that:

COUNT 1

On or about April 4, 2020, within the District of Alaska, at or near Wainwright, the defendant, THOMAS J. AKPIK, knowing that he had previously been convicted of a

misdemeanor crime of domestic violence, did knowingly possess, in and affecting interstate commerce, a firearm, to wit: a Smith & Wesson .44 Magnum caliber revolver.

<u>Conviction for Misdemeanor Crime of Domestic Violence</u>

| Conviction Date | Offense | Court | Case No. |
| --- | --- | --- | --- |
| April 20, 2016 | Assault – Fourth Degree AS 11.41.230(a)(1) | Superior Court for the State of Alaska at Barrow | 2BA-16-00075CR |

All of which is in violation of 18 U.S.C. §§ 922(g)(9) and 924(a)(2).

<u>CRIMINAL FORFEITURE ALLEGATION</u>

The allegations contained in Count 1 of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures pursuant to 18 U.S.C. § 924(d), and 28 U.S.C. § 2461(c).

Upon conviction of the offenses in violation of 18 U.S.C. § 922(g)(9), as set forth in Count 1 of this Indictment, the defendant, THOMAS J. AKPIK, shall forfeit to the United States pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), any firearm or ammunition involved in or used in knowing violation of the offense, including, but not limited to, a Smith & Wesson .44-caliber revolver.

//
//
//
//
//

All pursuant to 18 U.S.C. § 924(d), 28 U.S.C. § 2461(c), and Rule 32.2(a) of the Federal Rules of Criminal Procedure.

A TRUE BILL.

s/ Grand Jury Foreperson
GRAND JURY FOREPERSON

s/ Kyle Reardon for
DANIEL DOTY
Assistant U.S. Attorney
United States of America

s/ Bryan Schroder
BRYAN SCHRODER
United States Attorney
United States of America

DATE:  October 21, 2020